

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| DANIEL SMITH, | | No. 08-15-00073-CV |
| | § | |
| APPELLANT, | | Appeal from the |
| | § | |
| V. | | County Court at Law No. 2 |
| | § | |
| SCHWARTZ PROPERTIES, LLC | | of Denton County, Texas |
| | § | |
| APPELLEE. | | (TC# CV-2014-02613) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.